July 13, 1978.

M. P. No. 78-205.  KARL HOLLANDER *v.* BOARD OF EDU-
CATION *et al.* Petition for writ of certiorari is denied. *Natale
L. Urso,* for petitioner. *John J. Turano, Harold R. Haronian,*
for respondent.

M. P. No. 78-226.  CAROLYN P. WICKES *v.* SOLOMON
KOFMAN *et al.* Petitioners have filed a petition for writ of
certiorari seeking review of a Superior Court order granting a
preliminary injunction. Such an order is appealable under
G.L. 1956 (1969 Reenactment) §9-24-7. Accordingly, the
petition for certiorari shall be treated as a notice of appeal
filed pursuant to that section. Petitioners' motion for stay is
denied without prejudice to thier first filing such motion with
the Superior Court. *Ernest C. Torres,* for petitioner. *Z.
Hershel Smith, Peter Berman,* for respondent.

M. P. No. 78-247.  RHODE ISLAND CHAMBER OF COM-
MERCE *v.* MARY C. HACKETT, *Director, Department of Em-
ployment Security.* Petition for writ of certiorari is granted.
Petitioner's motion for a stay of the Superior Court judgment
pending review is denied. *William C. Hillman,* for
petitioner. *Charles H. McLaughlin,* for respondent.

July 20, 1978.

M. P. No. 78-118.  FRANK A. CARTER, *Chief Disci-
plinary Counsel v.* JOHN F. SHERLOCK. On June 28, 1978, we
issued an order suspending respondent from engaging in the
practice of law in this state because of his failure to comply
with our prior order directing him to respond to a complaint
filed with this court's Disciplinary Board. Respondent states
that he has now filed the required response and he seeks rein-
statement of his right to practice law. The Board's counsel
has informed us that the tardy response has indeed been
filed.

Accordingly, the petition of respondent John F. Sherlock,
Jr. that this court's order of suspension be vacated and that